UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

PAULA M OVERBY                                Civil No. 20-cv-2250 MJD/ECW

    Plaintiff,                             MOTION FOR DECLARATORY
                                              ORDER
v.

STEVE SIMON, in his official capacity
as Minnesota Secretary of State, and
TIMOTHY WALZ, in his official capacity
as Governor of Minnesota,

    Defendant.

**RECEIVED**
NOV 0 2 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

---

Pursuant to Federal Rule of Procedure 7, Paula Overby, as the endorsed candidate for the Legal Marijuana Now party of Minnesota for Congress in Minnesota's Second Congressional District hereby move the Court to confirm a special election for Congress in Minnesota's Second Congressional District pursuant to Minn. Stat. § 204B.13 irrespective of findings related to the November 3 election, CASE 0:20-cv-02066-WMW-TNL   Doc. 24   Filed 09/30/20. 1) Requiring the Secretary of State to register the candidacy of Paula Overby, dully and lawfully appointed by the Legal Marijuana Party for a general election to be held in February, pursuant to Minn. Stat. § 204B.13 and 2) Requiring the Governor to issue a writ calling for a special election to be conducted on the second Tuesday in February of 2021 as defined in Minn. Stat. § 204B.13

DATED: September 30, 2020                    Respectfully submitted,

                                                        Paula Overby, Pro se
                                                        835 Cliff Road
                                                        Eagan, MN 55123
                                                        651-410-0911
                                                        651-214-1603
                                                        Paula.overby@comcast.net

SCANNED
NOV 0 2 2020
WOS
U.S. DISTRICT COURT ST. PAUL