UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Paula M. Overby, | Case No. 20-cv-2250 (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO VACATE** |
| Steve Simon *in his official capacity as Minnesota Secretary of State*, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff Paula M. Overby's motion to vacate this Court's November 10, 2020 order, which denied Overby's motion for declaratory relief. (Dkt. 40.) In support of her motion to vacate, Overby argues that she lacked notice of the Court's November 2, 2020 order to show cause. The Clerk's Office sent Overby notice of the November 2, 2020 order to show cause by mail. And Overby received e-filing privileges, including access to the electronic docket, before the show-cause deadline. Because Overby was on notice of the order to show cause, yet failed to respond, Overby's motion to vacate, (Dkt. 40), is **DENIED**.

Dated:  December 2, 2020                                s/Wilhelmina M. Wright
                                                        Wilhelmina M. Wright
                                                        United States District Judge